UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOE RAUL HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST COVINA POLICE OFFICER SERRANO,<br><br>    Defendant. | No. CV 08-7607 VAP (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that the Complaint is dismissed with prejudice.

DATED: May 10, 2011

_____
VIRGINIA A. PHILLIPS
United States District Judge